UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                          :

        v.                                              :

ERICSSON EGYPT LTD.,                              :                    S1 19 Cr. _____ (AJN)

        Defendant.                         :  (S1) 19 CRIM 884

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        The above-named defendant, who is accused of violating Title 18, United States

Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in

open Court, prosecution by indictment and consents that the proceeding may be by information

instead of by indictment.

 

                                      _____
                                        Defendant

                                      _____
                                        Witness

                                        _____
                                        Counsel for Defendant

Date:  New York, New York
       December 6, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 6 2019