GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
BY: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| Plaintiff, | 19 CR 00884 (AJN) |
| - v. - | |
| ERICSSON EGYPT LTD, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

     Satisfaction is acknowledged between United States of America, plaintiff, and Ericsson Egypt Ltd, defendant, for the fine in the amount of $9,520,000.00 and the special assessment in the amount of $400.00 amounting in all to the sum of $9,520,400.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 12th day of December 2019.

                                            GEOFFREY S. BERMAN
                                            United States Attorney for the
                                            Southern District of New York

                                 By: _____
                                          JOHN E. GURA, JR.
                                          Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

     On the 29th day of January, 2020 before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2023